**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**OLECIA JAMES**                                                       **PLAINTIFF**

**V.**                                                          **NO. 4:19-CV-66-DMB-RP**

**THE CLEVELAND SCHOOL
DISTRICT, et al.**                                                    **DEFENDANTS**

**ORDER**

On March 18, 2020, Olecia James filed a reply[1] in support of her request for Rule 56(d) relief regarding the motion for summary judgment filed by Randy Grierson, and a reply[2] in support of her request for Rule 56(d) relief regarding the motion for summary judgment filed by the individual school board defendants. Both documents were filed after the March 17, 2020, deadline for James to reply. *See* Docs. #85, #89, #101. Accordingly, the untimely replies [90][91] are **STRICKEN**. *See Rashid v. Delta State Univ.*, 306 F.R.D. 530, 534 (N.D. Miss. 2015).

**SO ORDERED**, this 16th day of July, 2020.

                                                                            **/s/Debra M. Brown**
                                                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #90.

[2] Doc. #91.