IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OLECIA JAMES**                                                                           **PLAINTIFF**

**V.**                                        **NO. 4:19-CV-66-DMB-RP**

**THE CLEVELAND SCHOOL
DISTRICT, et al.**                             **DEFENDANTS**

## ORDER

On November 23, 2020, Jacqueline Thigpen and Randy Grierson each filed a separate motion to dismiss or, in the alternative, for summary judgment. Docs. #181, #183. Later that day, Thigpen and Grierson each filed a "Correction" to their respective motions, seeking only summary judgment. *See* Docs. #185, #187. Because the correction filings appear to supersede the original motions,[1] the original motions [181][183] are **DENIED as moot**. *See Tillery v. Cornell Wireline Servs., LLC*, No. 15-CV-454, 2015 WL 13806201, at *2 (W.D. Tex. Nov. 23, 2015) ("Defendant's earlier-filed motion to dismiss and stay is DENIED as MOOT because the arguments in this combined motion were superceded [sic] by the arguments presented in defendant's corrected motion to dismiss and stay.") (record citation omitted).

**SO ORDERED**, this 9th day of April, 2021.

                                             /s/Debra M. Brown
                                             **UNITED STATES DISTRICT JUDGE**

---

[1] To avoid confusion and burdening the docket, the best course would have been for these parties to withdraw the earlier filed motions.