IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OLECIA JAMES**                                                                          **PLAINTIFF**

**V.**                                               **NO. 4:19-CV-66-DMB-RP**

**THE CLEVELAND SCHOOL**
**DISTRICT, et al.**                                                      **DEFENDANTS**

## ORDER

On May 18, 2021, Olecia James filed a motion to strike allegedly new arguments raised in Lisa Bramuchi's reply in support of a motion to strike. Doc. #264. Alternatively, James requests leave to file a sur-reply to the allegedly new arguments. *Id.* at 2.

In violation of this Court's Local Rules, James' motion does not state whether it is opposed and the motion is unaccompanied by a supporting memorandum brief. Additionally, the motion states that "[a] copy of James' memorandum/surreply is attached hereto as Exhibit 'A,'" *id.*, but no document is attached to the motion. For all these reasons, James' motion [264] is **DENIED**. Given James' repeated failures to comply with applicable procedural rules, James is cautioned that future filings which violate applicable Federal Rules and/or Local Rules will be stricken.

**SO ORDERED**, this 18th day of May, 2021.

                                                              /s/Debra M. Brown
                                                               **UNITED STATES DISTRICT JUDGE**